IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Addie D. Campbell, | ) | C/A No. 0:09-411-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| The School District of Chester County, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the motion of the defendant, the School District of Chester County ("the District"), to strike the affidavit of witness Tina Lowder, which was submitted by the plaintiff in opposition to the defendant's motion for summary judgment. (ECF No. 36.) Having reviewed the parties' submissions regarding this motion, the court denies the District's motion but directs that the discovery period in this case be re-opened for thirty days from the date of this order for the limited purpose of permitting the District to depose Ms. Lowder. Following Ms. Lowder's deposition, the District shall have fourteen days to supplement its reply memorandum in support of its motion for summary judgment if it so elects.

**IT IS SO ORDERED**.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

October 15, 2010
Columbia, South Carolina